No. 88–1829.  CRUSE v. FAYETTE COUNTY ET AL.  Sup. Ct. Ga.  Certiorari denied.

No. 88–1879.  BAKER ET UX. v. UNITED STATES.  C. A. 1st Cir.  Certiorari denied.

No. 88–1903.  GOLDBERG v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 88–1907.  RATCLIFF v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 88–1908.  COVATTO v. UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 88–1911.  COSENTINO v. UNITED STATES.  C. A. 7th Cir. Certiorari denied.

No. 88–1925.  FOSTER v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 88–1935.  WALSH v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 88–5830.  ADAMS v. ILLINOIS.  App. Ct. Ill., 4th Dist. Certiorari denied.

No. 88–6623.  ESTEVEZ, AKA FONTE-FERRO v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 88–6777.  BRYSON v. MARYLAND.  Ct. Sp. App. Md. Certiorari denied.

No. 88–6820.  HUGHES v. NEW YORK.  Ct. App. N. Y.  Certiorari denied.

No. 88–6884.  MARLOW v. ALABAMA.  Ct. Crim. App. Ala. Certiorari denied.

No. 88–6941.  GREESON v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 88–6944.  BAILEY v. UNITED STATES.  C. A. 10th Cir. Certiorari denied.